

FILED

2010 NOV 8 PM 1 31

_____ CLERK
BY_____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| SHARON MCCREA, | |
| Plaintiff, | No. CV 10-46-GF-SEH |
| vs. | |
| BIG R, INC., et al., | **ORDER** |
| Defendants. | |

On October 18, 2010, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 6.

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

The case is DISMISSED WITHOUT PREJUDICE.

DATED this 8th day of November, 2010.

*(signature)*
SAM E. HADDON
United States District Judge